UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIVINE V. SINGLETON,

                Plaintiff,

   -against-

CITY OF NEW YORK,

                Defendant.

21-CV-2919 (LTS)

CIVIL JUDGMENT

---

Pursuant to the order issued February 7, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 7, 2022
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge